IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Brandon Potts,<br><br>    Plaintiff,<br>v.<br><br>The United States of America, NaphCare, Inc., Timothy Young M.D., Olusegun Taiwo, FNP-C, John Doe, Jane Doe, ABC Inc., and XYZ Copr.,<br><br>    Defendants. | C/A No. 2:25-cv-09579-JFA-MGB<br><br>**ORDER** |

  Plaintiff Brandon Potts, ("Plaintiff"), brings this civil action alleging *inter alia* negligent medical care pursuant to the Federal Torts Claims Act ("FTCA"), 28 U.S.C. § 2671 *et seq.* In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), the case was referred to the Magistrate Judge for initial review.

  Defendant NaphCare, Inc. ("NaphCare") filed a Motion to Dismiss, (ECF No. 19), Defendant the United States of America (the "United States") filed a Motion to Substitute, (ECF No. 23), and Defendants the United States, Olusegun Taiwo, and Timothy Young (collectively "Federal Defendants") filed a Motion to Dismiss, (ECF No. 24). After reviewing the briefing on these motions, (ECF Nos. 19, 20, 21, 23, 24, 28 & 29), the Magistrate Judge conducted a review of the record and prepared a thorough Report and Recommendation ("Report"). (ECF No. 32). Within the Report, the Magistrate Judge opines Defendant NaphCare's Motion (ECF No. 19) should be granted in part and denied in part, the Federal Defendants' Motion (ECF No. 24) should be granted, and the United

States' Motion to Substitute (ECF No. 23) should be granted. (ECF No. 32, pp. 17–18). The Report sets forth, in detail, the relevant facts and standards of law on this matter, and this Court incorporates those facts and standards without a recitation.

The parties were advised of their right to object to the Report, which was entered on the docket on January 27, 2026. *Id.* The Magistrate Judge required the parties to file objections by February 10, 2026. *Id.* No party has filed objections and the time for doing so has elapsed. Thus, this matter is ripe for review.

A district court is only required to conduct a *de novo* review of the specific portions of the Magistrate Judge's Report to which an objection is made. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b); *Carniewski v. W. Virginia Bd. of Prob. & Parole*, 974 F.2d 1330 (4th Cir. 1992). In the absence of specific objections to portions of the Magistrate's Report, this Court is not required to give an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

Here, the parties have failed to raise any objections and therefore this Court is not required to give an explanation for adopting the recommendation. A review of the Report indicates that the Magistrate Judge correctly concluded Defendant NaphCare's Motion should be granted in part and denied in part, the Federal Defendants' Motion should be granted, and the United States' Motion to Substitute should be granted. (ECF Nos. 19, 24 & 23).

After carefully reviewing the applicable laws, the record in this case, and the Report, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes

the facts and applies the correct principles of law. Accordingly, the Court adopts the Magistrate Judge's Report and incorporates it herein by reference. (ECF No. 32). Consequently, Defendant NaphCare's Motion (ECF No. 19) is granted in part and denied in part, the Federal Defendants' Motion (ECF No. 24) is granted, the United States' Motion to Substitute (ECF No. 23) is granted, and Defendant Taiwo is dismissed from the action. Accordingly, this matter shall be referred to the Magistrate Judge for further proceedings as it relates to Plaintiff's remaining claims: (1) Plaintiff's claims for medical malpractice and negligence, gross negligence, recklessness against Defendants NaphCare and the United States; (2) Plaintiff's individual constitutional claims against Defendant Young; and (3) Plaintiff's claims, excluding the wrongful death claim, against Defendants John Doe, Jane Doe, ABC Inc. and XYZ Corp.

IT IS SO ORDERED.

February 23, 2026  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge